# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 20-11509 |
| REGINA BERGLASS HEISLER, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

Before the Court is the *Motion To Vacate Doc. 642* (the "Motion"), [ECF Doc. 667], filed on June 15, 2023, by Henry L. Klein (the "Movant"), and the Oppositions to the Motion, [ECF Docs. 676-677], filed by Girod Loanco, LLC, and Wilbur Babin Jr., the Trustee. At the request of the Movant, [ECF Doc. 685], the Court will decide the matter on the pleadings and took this matter under advisement on September 8, 2023, [ECF Doc. 688].

The Movant asks this Court to vacate its March 28, 2023 Order, imposing monetary sanctions in connection with this Court's finding the Movant to have acted in contempt of this Court's prior orders. [ECF Doc. 642]. More than fourteen days have passed between the issuance of the Court's March 28, 2023 Order and the filing of instant Motion. The Court has considered the record and pleadings, and finds that the Movant has not alleged nor made any showing that would justify relief under Federal Rule of Civil Procedure 60(b), made applicable here by Federal Rule of Bankruptcy Procedure 9024, to warrant relief from this Court's March 28, 2023 Order.[1]

---

[1] Rule 60(b) governs "Grounds for Relief from a Final Judgment, Order, or Proceeding," and requires a showing of any of the following to obtain relief:

(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;

Accordingly,

**IT IS ORDERED** that the Motion is **DENIED**.

New Orleans, Louisiana, September 11, 2023.

                                                MEREDITH S. GRABILL
                                    UNITED STATES BANKRUPTCY JUDGE

---

(5)    the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6)    any other reason that justifies relief.

FED. R. CIV. P. 60(b).